kOGQ1NjhmMTliZWFjM3wwLjE=
https://doc-0c-3o-docsviewer.googleusercontent.com/viewer/secure...
Case 1:13-mc-00155-P1 USDC SDNY Document 1 Filed 05/01/13 Page 1 of 5
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/13

PREET BHARARA
United States Attorney for
the Southern District of New York
By: SHARON COHEN LEVIN
MARTIN S. BELL
Assistant United States Attorneys
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-1060/2463

# 13 MISC 0155

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
: Part I  **AMENDED**
:
: STIPULATION AND ORDER
IN RE: ASSORTED DINOSAUR FOSSILS :
: 13 Misc.
:
:
:
------------------------------------ x

WHEREAS, the United States Attorney's Office for the Southern District of New York ("USAO") has determined the following facts:

(1) Christopher Moore is currently in possession of the following items of Mongolian origin:

    a. One unprepared six meter Tyrannosaurus bataar (Tarbosaur) skeleton missing arms and neck;

    b. One unprepared Tyrannosaurus bataar (Tarbosaur) leg and part of a tail;

    c. One prepared slab with two small Gallimimus skeletons;

    d. One partly prepared Gallimimus skeleton in pieces;

    e. One unprepared partial Gallimimus skeleton without a head;

    f. One unprepared Pachycephalosaur skull and partial

     skeleton;

  g. One prepared Ankylosaur skull;

  h. One small unprepared Ankylosaur skeleton with very damaged head;

  i. One unprepared Ankylosaur partial body skeleton without head;

  j. One partial unprepared Saurolophus angustirostris (Hadrosaur) skull;

  k. One partial prepared Saurolophus angustirostris (Hadrosaur) tail;

  l. One unprepared Protoceratops skeleton;

  m. Three partially prepared and restored partial Protoceratops skulls;

  n. One prepared egg nest composite made from pieces;

  o. Three small unprepared lizard fossils;

  p. Two unprepared turtle fossils;

  q. One unprepared partial very small unidentified dinosaur;

  r. Various unidentified dinosaur bones and pieces;

(a. through r. collectively referred to hereinafter as the "Subject Properties").

  (2) The fossils comprising the Subject Properties are native to Mongolia.

  (3) Since as early as 1924 the Government of Mongolia has prohibited the personal or non-state ownership of items of cultural significance, such as the Subject Properties.

  (4) The Subject Properties are owned by the Government of Mongolia and were stolen from Mongolia.

  WHEREAS, Christopher Moore contacted the USAO during the pendency of the litigation in <u>United States of America</u> v. <u>One Tyrannosaurus Bataar Skeleton</u>, 12 Civ. 4760 (PKC),

and informed the USAO of his possession of the Subject Properties;

WHEREAS, Christopher Moore currently has possession of the Subject Properties;

WHEREAS, the USAO has determined that the Subject Properties should be returned to the Government of Mongolia;

WHEREAS, Christopher Moore has been advised that the Subject Properties were stolen from Mongolia and, upon being so advised, has agreed to send the Subject Properties to the USAO for their return to Mongolia;

WHEREAS, Christopher Moore, has cooperated fully with the USAO and wishes to resolve this matter without further litigation in part by providing for the return of the Subject Properties to the Government of Mongolia, through the USAO;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as follows:

1. Christopher Moore shall ship the Subject Properties to the USAO so that they may be returned to the Government of Mongolia.  *[handwritten: Shipping to be accomplished it BM w/in 60 days from date of this order]*

2. Christopher Moore warrants that he is the sole possessor of the Subject Properties and that no other person or entity, other than the Mongolian Government, has an interest in the Subject Properties except for items a., b., and f., of which he owns a share, and that no other person or entity has an interest in his share of items a., b., and f.

3. Christopher Moore agrees to hold harmless the United States and any and all of its agents, employees and contractors (including, without limitation, the USAO) from any and all claims, including, without limitation, third-party claims, in connection with or arising out of the United States' transfer of the Subject Properties to the Government of Mongolia.

4. The signature page of this Stipulation and Order may be executed in one or

3

more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Fax, scanned or e-mailed copies shall be treated as originals.

      5.    This Stipulation and Order represents the complete agreement of all the parties and may not be amended except by written consent of all parties.

4

6. This Court shall retain jurisdiction to amend this order as necessary and/or resolve disputes related to this order.

Agreed and consented to:
PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____          April 30, 2013
SHARON COHEN LEVIN                    Date
Chief, Asset Forfeiture Unit
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-1060


CHRISTOPHER MOORE

By: _____          3/APRIL/2013
CHRISTOPHER MOORE                     Date

By: _____          4.15.13
KEVIN PUVALOWSKI                      Date
Attorney for Christopher Moore

So Ordered:

_____              5/1/13
United States District Judge          Date
Southern District of New York
Part I

5